No. 269. ROSPIGLIOSI *v.* CLOGHER. Supreme Court of Florida. Certiorari denied. *Milton M. Ferrell, Joseph Edward Casey* and *Edward P. Troxell* for petitioner. *Henry G. Simmonite* for respondent.

No. 274. AUTOGRAPHIC REGISTER Co. *v.* UARCO, INC. C. A. 7th Cir. Certiorari denied. *Casper W. Ooms* and *Thomas J. Byrne* for petitioner. *Bernard A. Schroeder* for respondent.

No. 277. ISLAND CREEK FUEL & TRANSPORTATION Co. *v.* REEVES, COMMISSIONER OF REVENUE, ET AL. Court of Appeals of Kentucky. Certiorari denied. *Rolla D. Campbell* for petitioner. *A. E. Funk,* Attorney General of Kentucky, *Hal O. Williams,* Assistant Attorney General, *Henry M. Johnson* and *Lucian L. Johnson* for Reeves, respondent.

No. 283. GENTRY *v.* SEABOARD AIR LINE RAILROAD Co. Supreme Court of Florida. Certiorari denied. *Chester Bedell* and *Thomas J. Lewis* for petitioner. *Charles R. Scott* for respondent.

No. 285. ESTATE OF STRAUSS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Timothy N. Pfeiffer* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Robert N. Anderson* and *Carlton Fox* for respondent.

No. 256. RD-DR CORPORATION *v.* SMITH ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion the petition should be granted. *Samuel I. Rosenman, Richard S. Salant* and *Ambrose Doskow* for